NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GUY F. HAMMOND,                            )
                                          )
          Appellant,                      )
                                          )
v.                                        )      Case No. 2D17-4379
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
_____ )

Opinion filed April 4, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.


PER CURIAM.

          Affirmed.  See Graves v. State, 704 So. 2d 147 (Fla. 1st DCA 1997).


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.